# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01996-CNS-KAS

MICHELE ADAMS,

     Plaintiff,

v.

MATRIX PROVIDERS INC. and
LOGISTICS HEALTH INCORPORATED,

     Defendants.

---

## UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT

---

Defendant, Matrix Providers Inc. ("Matrix"), through its undersigned counsel, submits the following Unopposed Motion to Reschedule Oral Argument set for June 12, 2026 at 1:00 p.m.

### CERTIFICATION PURSUANT TO D.C.COLO.LCivR 6.1(c)

Undersigned counsel certifies that a copy of this Motion is being served on their clients, as required pursuant to D.C.COLO.LCivR 6.1(c).

### CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)

Undersigned counsel certifies that they have conferred with counsel for Plaintiff and counsel for co-defendant Logistics Health Incorporated ("LHI"). Neither counsel opposes the relief sought in this motion.

### MOTION

1.     Defendant Matrix filed its Motion for Summary Judgment on November 21,

2025.

2.      Defendant LHI also filed its Motion for Summary Judgment on November 21, 2025.

3.      Plaintiff filed her oppositions to the Defendants' Motions for Summary Judgement on January 23, 2026.

4.      On March 6, 2026, Matrix and LHI filed separate Replies in Support of their Motions for Summary Judgment.

5.      On May 13, 2026, the Court scheduled a one-hour oral argument, set for June 12, 2026 at 1:00 p.m., regarding Defendants' Motions for Summary Judgment.

6.      Pursuant to Fed. R. Civ. P. 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent."

7.      Good cause exists to reschedule the oral argument set for June 12, 2026 at 1:00 p.m. because Matrix's counsel is not available to attend the oral argument. Specifically, Ms. Pepple and Mr. Jacobs will be traveling outside the State of Colorado at the time of the oral argument.

8.      Undersigned counsel conferred with Plaintiff's counsel and counsel for LHI regarding rescheduling the oral argument set on June 12, 2026. Neither counsel opposes rescheduling the oral argument. Undersigned counsel also conferred with this Court's chambers regarding rescheduling the oral argument set on June 12, 2026. After conferral, all parties and the Court are available to reschedule the oral argument to June 25, 2026 at 10 a.m.

9.      Rescheduling the oral argument as proposed will not prejudice any party

and will not unreasonably delay the progress of the case.

10.    A proposed order is filed with this Motion.

Respectfully submitted this 21st day of May, 2026.


Dated: May 21, 2026.

WILLIAMS WEESE PEPPLE & FERGUSON PC

*/s/ Gavin M. Jacobs*
Bronwyn H. Pepple
Gavin M. Jacobs
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
bpepple@williamsweese.com
gjacobs@williamsweese.com

*Attorneys for Defendant Matrix Providers, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May 2026, a true and correct copy of the foregoing was filed and served with the Clerk of the Court via the CM/ECF system which will send notification of such filing to the following counsel of record via electronic mail addressed as follows:

Nicole C. Pearson, Esq.
FACTS LAW TRUTH JUSTICE, APC
nicole@FLTJllp.com

*Attorney for Plaintiff*

Christopher J. DeGroff
Samantha L. Brooks
SEYFARTH SHAW LLP
cdegroff@seyfarth.com
sbrooks@seyfarth.com

*Attorneys for Defendant LHI*

/s/ *Brenda Trujillo*
WILLIAMS WEESE PEPPLE & FERGUSON PC

4