**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01996-CNS-KAS

MICHELE ADAMS,

     Plaintiff,

v.

MATRIX PROVIDERS INC. and
LOGISTICS HEALTH INCORPORATED,

     Defendants.

---

**UNOPPOSED JOINT MOTION FOR DEFENDANT MATRIX PROVIDERS INC'S
INSURANCE REPRESENTATIVE AND CO-COUNSEL FOR DEFENDANT
LOGISTICS HEALTH INCORPORATED TO APPEAR REMOTELY AT THE JUNE 25,
2026 ORAL ARGUMENT**

---

Defendant, Matrix Providers Inc. ("Matrix") and Defendant Logistics Health Incorporated ("LHI"), through their undersigned counsel, respectfully submit this Unopposed Motion to appear Remotely at the June 25, 2026 Oral Argument.

**CERTIFICATE OF CONFERRAL**

Undersigned counsel certifies that they have conferred with counsel for Plaintiff. Counsel does not oppose the relief sought in this motion.

**MOTION**

1.     An Oral Argument is set for June 25, 2026 at 11:00 AM in Courtroom A 702 before Judge Charlotte N. Sweeney [ECF No. 100].

2.     Matrix's insurance representative, who resides outside of Colorado, wishes to attend the Oral Argument remotely as an observer.

1

3.       Co-counsel for LHI, Samantha L. Brooks, as well as LHI's in-house counsel (who resides outside of Colorado), wish to attend the Oral Argument remotely as observers.

4.       Remote attendance by Matrix's insurance representative, Ms. Brooks, and LHI's in-house counsel, will not prejudice any party and will not cause a delay in the proceedings.

5.       A proposed order is filed with this Motion.

WHEREFORE, Matrix and LHI respectfully request that the Court grant this Motion and allow Matrix's insurance representative, Ms. Brooks, and LHI's in-house counsel to appear remotely at the June 25, 2026 Oral Argument.

Dated: June 22, 2026.

WILLIAMS WEESE PEPPLE & FERGUSON PC

/s/ Gavin M. Jacobs
Bronwyn H. Pepple
Gavin M. Jacobs
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
bpepple@williamsweese.com
gjacobs@williamsweese.com

Attorneys for Defendant Matrix Providers, Inc.

2

/s *Christopher DeGroff*
Christopher J. DeGroff, Bar No. 19321-64
cdegroff@seyfarth.com
Samantha L. Brooks
sbrooks@seyfarth.com
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Attorneys for Defendant*
*Logistics Health Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June 2026, a true and correct copy of the foregoing was filed and served with the Clerk of the Court via the CM/ECF system which will send notification of such filing to the following counsel of record via electronic mail addressed as follows:

Nicole C. Pearson, Esq.
FACTS LAW TRUTH JUSTICE, APC
nicole@FLTJllp.com

*Attorney for Plaintiff*

Christopher J. DeGroff
Samantha L. Brooks
SEYFARTH SHAW LLP
cdegroff@seyfarth.com
sbrooks@seyfarth.com

*Attorneys for Defendant LHI*

/s/ *Brenda Trujillo*
WILLIAMS WEESE PEPPLE & FERGUSON PC

3