IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 23-cv-01996-CNS-NRN | Date: June 25, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| MICHELE ADAMS | *Nicole Pearson* |
| **Plaintiff** | |
| v. | |
| MATRIX PROVIDERS INC | *Christopher DeGroff* |
| | *Bronwyn Pepple* |
| LOGISTICS HEALTH INCORPORATED | *Samantha Brooks via VTC* |
| | *Gavin Jacobs* |
| **Defendant** | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 11:18 a.m.

Appearance of counsel. Also present via video teleconference is Andrea Proia, Matrix insurance representative, and Jolynn Markison, in house counsel for Logistics Health Incorporated.

Argument given on [76] Defendant Logistics Health Incorporated's Motion for Summary Judgment by Mr. DeGroff and Ms. Pearson with questions from the Court.

**ORDERED:   Plaintiff's counsel is to file the Ricks v. Starbucks case, as outlined in the plaintiff's briefing, within 48 hours.**

Continued argument.

As outlined on the record, it is

**ORDERED:   [76] Defendant Logistics Health Incorporated's Motion for Summary Judgment is GRANTED.**

**ORDERED:  Plaintiff's request for judicial notice as to exhibits re LHI is DENIED.**

As outlined on the record, it is

**ORDERED:  Claim three is dismissed for failure to exhaust administration remedies as to Defendant Matrix Providers Inc.**

Argument given on [77] Defendant Matrix Providers Inc.'s Motion for Summary Judgment by Mr. Jacobs and Ms. Pearson with questions from the Court

The Court makes findings of fact, conclusions of law.

As outlined on the record, it is

**ORDERED:  [77] Defendant Matrix Providers Inc.'s Motion for Summary Judgment is GRANTED.**

Discussion held on case citations and other problems in the plaintiff's briefing.

Additional findings made by the Court.

**ORDERED:  Plaintiff's request for judicial notice as to exhibits re Matrix is DENIED.**

Court in Recess:  1:10 p.m.            Hearing concluded.            Total time in Court:  01:52