**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01996-CNS-KAS

MICHELE ADAMS,

     Plaintiff,

 v.

MATRIX PROVIDERS INC., and
LOGISTICS HEALTH INCORPORATED,

     Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of U.S. District Judge Charlotte N. Sweeney issued at the Oral Argument hearing held on June 25, 2026, [ECF No. 103] it is

ORDERED that Defendant Logistics Health Incorporated's Motion for Summary Judgment [ECF No. 76] is GRANTED. It is

FURTHER ORDERED that Defendant Matrix Providers Inc.'s Motion for Summary Judgment [ECF No. 77] is GRANTED. It is

FURTHER ORDERED that judgment is entered in favor of the defendants and against the plaintiff. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 25th day of June, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK


By:  s/ J. Dynes
_____

J. Dynes, Deputy Clerk